UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LAMAR BROWN, :
:
Plaintiff, :
: 22 Civ. 10124 (JPC)
-v- :
: ORDER
MARLEY LILLY, LLC, :
:
Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 2, 2023, the Court directed Plaintiff to file a notice of voluntary dismissal or a status letter as to settlement by May 30, 2023.  Dkt. 8.  That deadline has passed, but the docket does not reflect any compliance from Plaintiff.  Accordingly, the deadline to file a notice of voluntary dismissal or a status letter as to settlement is adjourned to June 7, 2023.  Continued failure to comply may result in dismissal of the case for failure to prosecute.

SO ORDERED.

Dated: May 31, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge