**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAMAR BROWN on behalf of himself
and all others similarly situated,

              Plaintiffs,

      -against-

MARLEY LILLY, LLC.

            Defendant.

Case No.  1:22-cv-10124

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

      Dated:     Forest Hills, New York
                June 12, 2023

                           Respectfully Submitted,

                           **/s/ Mars Khaimov**

                       By:    Mars Khaimov, Esq.
                              108-26 64th avenue, Second Floor
                              Forest Hills, New York 11375
                              Tel (929) 324-0717
                              Fax (929) 333-7774
                              Email: mars@khaimovlaw.com
                              *Attorney for Plaintiff*